UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.:

Name of party requesting extension: Defendants J.C. Penney Co., Inc., Myron E. Ullman, and Kenneth H. Hannah

Is this the first application for extension of time in this case?    Yes

No

If no, please indicate which application this represents:    Second

Third

Other _____

Date of Service of Summons:    Waiver sent 10/4/2013

Number of days requested:    30 days

15 days

Other \_\_\_\_\_ days

New Deadline Date:    *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name:

State Bar No.:

Firm Name:

Address:

Phone:

Fax:

Email:

A certificate of conference does not need to be filed with this unopposed application.