Appendix K  Revised: 8/21/2013

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
Tyler DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

> **APPROVED**
> By PBell at 4:33 pm, Dec 09, 2013

1. This application is being made for the following: Case # 6:13-cv-00736-KNM

Style/Parties: Marcus v. J.C. Penney Co., Inc., et al.

2. Applicant is representing the following party/ies: J.C. Penney Co., Inc., Myron E. Ullman, Kenneth H

3. Applicant was admitted to practice in California (state) on 11/26/2002 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
See attached.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Jason J. Mendro do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 12/09/2013    Signature /s/ Jason J. Mendro    (/s/Signature)

**Application Continued on Page 2**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Jason J. Mendro

Bar Number /State 220842/California; 482040/District of Columbia

Firm Name: Gibson, Dunn & Crutcher LLP

Address/P.O. Box: 1050 Connecticut Avenue, N.W., Ste. 200

City/State/Zip: Washington, D.C. 20036-5306

Telephone #: 202.887.3726

Fax #: 202.530.9626

E-mail Address: JMendro@gibsondunn.com

Secondary E-Mail Address: kohara@gibsondunn.com

This application has been approved for the court on: **12/9/13**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By *Petonia Bell*

Deputy Clerk

Application Instructions
Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

**Email Application**

This may be used to answer question 9.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filedagainst you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

None.

11. Applicant has been admitted to practice in the following courts:
    Supreme Court of California; District of Columbia Court of Appeals; U.S. District Court for the Eastern District of Tennessee; U.S. District Court for the District of Columbia; U.S. District Court for the Southern District of California; United States Courts of Appeals for the First, Second, Third, Fourth, Seventh, Eleventh, and D.C. Circuits; United States Supreme Court.