UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ALAN B. MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III and KENNETH H. HANNAH,<br><br>    Defendants. | Civil Action No.: 6:13-CV-736-KNM |
| ERHAN ERDEM, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III and KENNETH H. HANNAH,<br><br>    Defendants. | Civil Action No.: 6:13-CV-00750-KNM |
| BRUCE MURPHY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III and KENNETH H. HANNAH,<br><br>    Defendants. | Civil Action No.: 6:13-CV-00800-KNM |

| | |
|---|---|
| SHAWN GILBERT, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III and KENNETH H. HANNAH,<br><br>    Defendants. | Civil Action No.: 6:13-CV-810-KNM |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE, that lead plaintiff movant Heath Clute ("Clute"), having reviewed the competing lead plaintiff motions, hereby withdraws his lead plaintiff motion, as Clute does not appear to have the largest financial interest. This notice shall have no effect on, and is without prejudice to, Clute's status as a member of the proposed class, including but not limited to the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

  If for any reason, no other application for appoint as lead plaintiff is granted, Clute stands ready, willing, and able to represent the proposed class as Lead Plaintiff.

Dated: December 9, 2013        Respectfully submitted,

             THE LAW OFFICES OF ROCKY LAWDERMILK

             By:  */s/ Rocky Lawdermilk*
               Rocky Lawdermilk (SBN 90001440)
               2630 Liberty
               Beaumont, Texas 77702
               409-838-1800 (phone)
               409-212-8836 (fax)
               rocky@rocklaws.com (email)

Nicholas I. Porritt
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
(202) 524-4290 (phone)
(202) 333-2121 (fax)
nporritt@zlk.com (email)

*Counsel for Movant Heath Clute*