UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ALAN B. MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:13-cv-00736<br><br><u>CLASS ACTION</u> |
| ERHAN ERDEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC., et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:13-cv-00750<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]


**DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF OPPOSITION TO MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

| | |
|---|---|
| SHAWN GILBERT, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC., et al.,<br><br>                      Defendants. | Civil Action No. 6:13-cv-00810<br><br>CLASS ACTION |

I, DANIELLE S. MYERS, declare, under penalty of perjury:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and have been admitted *pro hac vice* in *Marcus v. J.C. Penney Co., Inc.*, No. 6:13-cv-00736. I am associated with Robbins Geller Rudman & Dowd LLP, proposed lead counsel for proposed lead plaintiff National Shopmen Pension Fund (the "Pension Fund") in the above-captioned actions. I make this declaration in support of the Pension Fund's Memorandum of Law in Opposition to Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit 1: Description of Aletti Gestielle SGR and its funds from www.gestielle.it (last visited Dec. 19, 2013 and translated by Google); and

Exhibit 2: *Shaffer v. Digital Generation, Inc.*, No. 3:13-CV-1684-N, Order (N.D. Tex. Sept. 19, 2013).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of December, 2013, at San Diego, California.

s/ Danielle S. Myers<br>DANIELLE S. MYERS

CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 20, 2013.

                                         s/ Danielle S. Myers
                                         DANIELLE S. MYERS

                                         ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                         655 West Broadway, Suite 1900
                                         San Diego, CA 92101-3301
                                         Telephone: 619/231-1058
                                         619/231-7423 (fax)

                                         E-mail:dmyers@rgrdlaw.com

901201_1

# Mailing Information for a Case 6:13-cv-00736-KNM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Robert Ajamie**
  tajamie@ajamie.com,dszak@ajamie.com,dmolloy@ajamie.com

- **Thomas Emerson Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Austin P Brane**
  abrane@rgrdlaw.com

- **James Albert Caputo**
  jimc@rgrdlaw.com

- **Roger F Claxton**
  roger@claxtonlaw.com

- **David J Harris , Jr**
  dharris@rgrdlaw.com

- **Jack Wesley Hill**
  wh@wsfirm.com,wbc@wsfirm.com,ak@wsfirm.com

- **Michael Kevin Hurst**
  mhurst@ghjhlaw.com,tashworth@ghjhlaw.com,jchilders@ghjhlaw.com,mslusser@ghjhlaw.com,bcongdon@ghjhlaw.com

- **JC Penney Investor Group**
  kpuls@pulslaw.com

- **Daniel Ward Jackson**
  daniel@jacksonlaw-tx.com,beverly@jacksonlaw-tx.com,scott@jacksonlaw-tx.com

- **Michael E Jones**
  mikejones@potterminton.com,jovallery@potterminton.com

- **Rocky M Lawdermilk**
  rocky@rocklaws.com,brenda@rocklaws.com

- **Jason Jacob Mendro**
  jmendro@gibsondunn.com,kohara@gibsondunn.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ira Michael Press**
  ipress@kmllp.com

- **William Kelly Puls**
  kpuls@pulslaw.com,msmith@pulslaw.com,kelly.puls@gmail.com

- **Darren Jay Robbins**
  darrenr@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Robert C Walters**
  rwalters@gibsondunn.com,dhawkins@velaw.com,swiebel@velaw.com,khopson@velaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com,ldeem@rgrdlaw.com

- **Thomas John Ward , Jr**
  jw@wsfirm.com,wbc@wsfirm.com,angela@wsfirm.com,ak@wsfirm.com

- **Meryl L Young**
  myoung@gibsondunn.com,pmclean@gibsondunn.com,cfitzgerald@gibsondunn.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 6:13-cv-00750-KNM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Robert Ajamie**
  tajamie@ajamie.com,dszak@ajamie.com,dmolloy@ajamie.com

- **Thomas Emerson Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Roger F Claxton**
  roger@claxtonlaw.com

- **Roger B Greenberg**
  rgreenberg@schwartz-junell.com,sdoring@sjgolaw.com

- **Michael Kevin Hurst**
  mhurst@ghjhlaw.com,tashworth@ghjhlaw.com,jchilders@ghjhlaw.com,mslusser@ghjhlaw.com,bcongdon@ghjhlaw.com

- **JC Penney Investor Group**
  kpuls@pulslaw.com

- **Michael E Jones**
  mikejones@potterminton.com,jovallery@potterminton.com

- **Rocky M Lawdermilk**
  rocky@rocklaws.com,brenda@rocklaws.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Kelly Puls**
  kpuls@pulslaw.com,msmith@pulslaw.com,kelly.puls@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

# Mailing Information for a Case 6:13-cv-00810-KNM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Thomas Robert Ajamie**
  tajamie@ajamie.com,dszak@ajamie.com,dmolloy@ajamie.com

- **Thomas Emerson Bilek**
  tbilek@bileklaw.com,lmank@bileklaw.com

- **Roger F Claxton**
  roger@claxtonlaw.com

- **Michael Kevin Hurst**
  mhurst@ghjhlaw.com,tashworth@ghjhlaw.com,jchilders@ghjhlaw.com,mslusser@ghjhlaw.com,bcongdon@ghjhlaw.com

- **JC Penney Investor Group**
  kpuls@pulslaw.com

- **Elton Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Rocky M Lawdermilk**
  rocky@rocklaws.com,brenda@rocklaws.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **William Kelly Puls**
  kpuls@pulslaw.com,msmith@pulslaw.com,kelly.puls@gmail.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)