UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ALAN B. MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC., et al.,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 6:13-cv-00736<br><br><u>CLASS ACTION</u> |
| ERHAN ERDEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC., et al.,<br><br>Defendants. | § § § § § § § § § § § § § § | Civil Action No. 6:13-cv-00750<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

**ORDER DENYING COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

902156_1

| | |
|---|---|
| SHAWN GILBERT, Individually and on Behalf of All Others Similarly Situated, § § § § § § § § § § § § | Civil Action No. 6:13-cv-00810<br><br>CLASS ACTION |
| Plaintiff, | |
| vs. | |
| J.C. PENNEY COMPANY, INC., et al., | |
| Defendants. | |

902156_1

Having considered National Shopmen Pension Fund's Memorandum of Law in Opposition to Motions for Appointment as Lead Plaintiff and Approval of Selection of Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1. The competing motions (Dkt Nos. 16, 17, 21, 23, 24, 27) are DENIED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Related Actions are hereby consolidated as *In re J.C. Penney Co., Inc. Securities Litigation*, Master File No. 6:13-cv-00736;

3. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), National Shopmen Pension Fund is appointed as Lead Plaintiff; and

4. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel.

IT IS SO ORDERED.