# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALAN B. MARCUS, individually and on behalf of all others similarly situated, § § § | |
| Plaintiff, § § | Case No. 13-cv-0736 KNM |
| vs. § § | Class Action |
| J. C. PENNEY CO., INC.; MYRON E. ULLMAN, III; and KENNETH H. HANNAH, § § § § | |
| Defendants. § | |

[Additional captions appear on the following page.]

## MOVANT THE SASO GROUP'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

| | |
|---|---|
| THE JACKSON LAW FIRM | BOTTINI & BOTTINI, INC. |
| Daniel W. Jackson | Francis A. Bottini, Jr. |
| Texas State Bar No. 00796817 | (California State Bar No. 175783) |
| 3900 Essex Lane, Suite 1116 | 7817 Ivanhoe Avenue, Suite 102 |
| Houston, Texas  77027 | La Jolla, California  92037 |
| Telephone:  (713) 574-5181 | Telephone:  (858) 914-2001 |
| Facsimile:    (713) 527-8850 | Facsimile:    (858) 914-2002 |
| daniel@jacksonlaw-tx.com | fbottini@bottinilaw.com |
| *Lead Attorney for Movant the Saso Group* | *Attorneys for Movant the Saso Group* |

| | | |
|---|---|---|
| ERHAN ERDEM, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Case No. 13-cv-0750 KNM |
| vs. | § § | Class Action |
| J. C. PENNEY CO., INC.; MYRON E. ULLMAN, III; and KENNETH H. HANNAH, | § § § § | |
| Defendants. | § | |
| BRUCE MURPHY, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Case No. 13-cv-0800 KNM |
| vs. | § § | Class Action |
| J. C. PENNEY CO., INC.; MYRON E. ULLMAN, III; KENNETH H. HANNAH; and WILLIAM ACKMAN, | § § § § | |
| Defendants. | § | |
| SHAWN GILBERT, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | Case No. 13-cv-0810 KNM |
| vs. | § § | Class Action |
| J. C. PENNEY CO., INC.; MYRON E. ULLMAN, III; and KENNETH H. HANNAH, | § § § § | |
| Defendants. | § | |

PLEASE TAKE NOTICE that the Saso Group withdraws its motion for appointment of lead plaintiff and lead counsel (Dkt. No. 21) because, based on the competing motions, the Saso Group does not appear to have the largest financial interest under 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).  This notice shall have no effect on, and is without prejudice to, the Saso Group's status as members of the proposed class and the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise.

If no other motion for appointment as lead plaintiff is granted, however, the Saso Group stands ready, willing, and able to represent the class as lead plaintiff.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  December 24, 2013 | THE JACKSON LAW FIRM |
|  | /s/ *Daniel W. Jackson* |
|  | Daniel W. Jackson, SBN 00796817 |
|  | 3900 Essex Lane, Suite 1116 |
|  | Houston, Texas 77027 |
|  | Telephone:  (713) 522-4435 |
|  | Facsimile:  (713) 527-8850 |
|  | daniel@jacksonlaw-tx.com |
|  | *Lead Attorney for Movant the Saso Group* |
|  | BOTTINI & BOTTINI, INC. |
|  | Francis A. Bottini, Jr. |
|  | (California State Bar No. 175783) |
|  | 7817 Ivanhoe Avenue, Suite 102 |
|  | La Jolla, California 92037 |
|  | Telephone:  (858) 914-2001 |
|  | Facsimile:   (858) 914-2002 |
|  | fbottini@bottinilaw.com |
|  | *Attorneys for Movant the Saso Group* |

**CERTIFICATE OF SERVICE**

      This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system in compliance with Local Rule CV-5(a)(3). Any other counsel of record will be served by facsimile transmission and first class mail, return receipt requested.

Dated: December 24, 2013

                                                  /s/ *Daniel W. Jackson*
                                                  Daniel W. Jackson