UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:13-cv-00736-KNM

Name of party requesting extension: Defendants J.C. Penney Co., Inc., Myron E. Ullman, and Kenneth H. Hannah

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons:   Waiver sent 10/4/2013

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other _____ days

New Deadline Date: 1/17/2014   *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Robert C. Walters
State Bar No.: 20820300
Firm Name: Gibson, Dunn & Crutcher LLP
Address: 2100 McKinney Ave.
Suite 1100
Dallas, TX 75201-6912
Phone: 214-698-3100
Fax:   214-571-2932
Email: rwalters@gibsondunn.com

A certificate of conference does not need to be filed with this unopposed application.