# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALAN B. MARCUS, *Individually and on Behalf of All Others Similarly Situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III, and KENNETH H. HANNAH,<br><br>        Defendants. | Civil Action No.: 6-13-CV-736-KNM |
| ERHAN ERDEM, *Individually and on Behalf of All Others Similarly Situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III, and KENNETH H. HANNAH,<br><br>        Defendants. | Civil Action No.: 6-13-CV-750-KNM |
| SHAWN GILBERT, *Individually and on Behalf of All Others Similarly Situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III, and KENNETH H. HANNAH,<br><br>        Defendants. | Civil Action No.: 6-13-CV-810-KNM |

**NOTICE OF PARTIES' JOINT POSITION WITH RESPECT TO THE ISSUES TO BE ADDRESSED AT STATUS CONFERENCE PER DKT. NO. 46**

As directed by this Court's Order dated December 30, 2013, counsel for the parties conferred with respect to the agenda items listed in the Court's Order to be addressed at the status conference set for January 28, 2014 at 10:00 a.m. *See* Order, Case No. 6:13-736-KNM, Dkt. No. 46. Counsel representing each of the movants currently seeking appointment as lead plaintiff, Aletti Gestielle SGR S.P.A., Christos Ifantidies, National Shopmen Pension Fund, and J.C. Penney Investor Group [Webb], and counsel for the defendants participated in the conference. The undersigned parties now jointly submit this notice to advise the Court of agreements reached between the parties with respect to the issues to be discussed at the status conference.

The Court's Order indicates that at the status conference, it wishes to discuss the proposed consolidation of the three above-captioned securities class actions. All parties submit that consolidation of these three cases would be appropriate.

Subject to the Court's approval, the parties believe that the following schedule would be appropriate to facilitate the just, speedy, and inexpensive determination of this action, which is governed by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4:

(1) The lead plaintiff shall file a consolidated complaint sixty (60) days after the Court enters an order appointing the lead plaintiff;

(2) Defendants shall answer or otherwise respond to the consolidated complaint sixty (60) days after the filing of the consolidated complaint;

(3) If defendants file a motion in response to the consolidated complaint, the lead plaintiff shall have sixty (60) days from the filing of the motion to file its response to that motion; and

(4) If defendants file a motion in response to the consolidated complaint, defendants shall have thirty (30) days from the filing of the lead plaintiff's response to file their reply.

The parties respectfully request that the Court enter this proposed schedule at the status conference.

Dated: January 21, 2014 By: */s/ James A. Caputo*

James A. Caputo (*pro hac vice*)
Danielle S. Myers (*pro hac vice*)
David J. Harris, Jr. (*pro hac vice*)
Austin P. Brane (*pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
(619) 231-1058

T. John Ward, Jr. (SBN 00794818)
Jack Wesley Hill (SBN 24032294)
WARD & SMITH LAW FIRM
1127 Judson Road, Suite 220
Longview, TX 75601
(903) 757-6400

COUNSEL FOR LEAD PLAINTIFF MOVANT
NATIONAL SHOPMEN PENSION FUND

By:    */s/ Michael W. Stocker*

Christopher J. Keller
Eric J. Belfi
Michael W. Stocker (*pro hac vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700

Thomas R. Ajamie (SBN 00952400)
AJAMIE LLP
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, TX 77002
(713) 860-1600

COUNSEL FOR LEAD PLAINTIFF MOVANT
ALETTI GESTIELLE SGR S.P.A.

4

By:    */s/ Brian C. Kerr*

David A.P. Brower
Brian C. Kerr (*pro hac vice*)
BROWER PIVEN
 A Professional Corporation
475 Park Avenue South, 33rd Floor
New York, New York 10016
(212) 501-9000

Charles J. Piven
Yelena Trepetin
BROWER PIVEN
 A Professional Corporation
1925 Old Valley Road
Stevenson, MD 21153
(410) 332-0030

W. Kelly Puls (SBN 16393350)
PULS & LIEBRECHT, P.C.
1407 Texas Street, Suite 102
Fort Worth, Texas 76102
(817) 338-1717

COUNSEL FOR LEAD PLAINTIFF MOVANT
J.C. PENNEY INVESTOR GROUP

5

By: */s/ Roger F. Claxton*

Roger F. Claxton (SBN 04329000)
THE LAW OFFICE OF ROGER F. CLAXTON
10000 N. Central Expressway, Suite 725
Dallas, TX 75231
(214) 969-9029

Ira M. Press
KIRBY McINERNEY LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600

COUNSEL FOR LEAD PLAINTIFF MOVANT
CHRISTOS IFANTIDES

6

By: */s/ Meryl L. Young*

Meryl L. Young (*pro hac vice*)
MYoung@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Dr.
Irvine, CA 92612-4412
(949) 451-3800

Robert C. Walters (SBN 20820300)
RWalters@gibsondunn.com
Olivia A. Adendorff (SBN 24069994)
OAdendorff@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Ave., Suite 1100
Dallas, TX 75201-6912
(214) 698-3100

Jason J. Mendro (*pro hac vice*)
JMendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
(202) 955-8500

Michael E. Jones (SBN 10929400)
mikejones@potterminton.com
POTTER MINTON, PC
110 North College, Suite 500
Tyler, TX 75702
(903) 597-8311

COUNSEL FOR DEFENDANTS J.C. PENNEY COMPANY, INC., MYRON E. ULLMAN, III, and KENNETH H. HANNAH

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 21, 2014.

*/s/ Meryl L. Young*
Meryl L. Young